UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------x
ARON L. MARKOWITCH, on Behalf of
Himself and All Others Similarly Situated,　　　Civil Action No. 06 C 0846
　　　　　　　　　　　　　　　　　　　　　　　Honorable Rebecca R. Pallmeyer
　　　　　　　　Plaintiff,

　　-against-

MERISANT COMPANY,

　　　　　　　　Defendant
---------------------------------------------------------x

## DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Aron L. Markowitch, through his respective undersigned counsel, hereby stipulates to the dismissal with prejudice of all claims asserted in this action or related thereto.

Dated: June 14, 2006

**POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP**

By: /s/ Patrick V. Dahlstrom
　　　Patrick V. Dahlstrom
　　　Leigh H. Smollar
　　One North La Salle Street, Suite 2225
　　Chicago, Illinois 60602-3908
　　Telephone:　(312) 377-1181
　　Facsimile:　(312) 377-1184

**Local Counsel for Plaintiff
Aron L. Markowitch
pursuant to Local Rule 83.15**

**ZIMMERMAN, LEVI & KORSINSKY**
Eduard Korsinky
Joseph Levi
39 Braodway, Suite 1601
New York, New York 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

**Counsel for Plaintiff Aron L. Markowitch**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2006, a true and correct copy of the foregoing Dismissal With Prejudice was served upon the following in the manner indicated below:

**Via ECF**

Thomas M. Monagan, III
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601

*Counsel for Defendant Merisant Company*

**Via Federal Express**

Gregg F. LoCascio
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washinton, D.C. 20005

*Counsel for Defendant Merisant Company*

                                                 /s/ Patrick V. Dahlstrom
                                                        Patrick V. Dahlstrom